| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JOHNSON, DIANE YOLANDA** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BRANTLEY, PATRICK JOHN** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Diane Johnson Brantley** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**None** |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all): XXX-XX-9665** | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all):XXX-XX-1900** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9346 South Yates**<br>**Chicago, Illinois 60617** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>**Same as debtor** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as above** | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| **[X]** Individual(s) | [ ] Railroad | [X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other | [ ] Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| **[X]** Consumer/Non-Business | [ ] Business | **[X]** Full Filing Fee attached |
| Chapter 11 Small Business (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C.<br>§ 1121 (e)(Optional) | | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only)<br>[X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Estimated Number of Creditors    [ ] 1-15    [ ] 16-49    [ ] 50-99    [X] 100-199    [ ] 200-999    [ ] 1,000-over | |
| Estimated Assets<br>[ ] $0 to $50,000    [ ] $50,001 to $100,000    [ ] 100,001 to $500,000    [ ] $500,001 to $1,000,000 | |
| Estimated Debts<br>[ ] $0 to $50,000    [ ] $50,001 to $100,000    [ ] 100,001 to $500,000    [ ] $500,001 to $1,000,000 | |

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| (This page must be completed and filed in every case) | |

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILLIATE OF DEBTOR
### (if more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing in true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.


X _/s/ Diane Yolanda Johnson          1/18/11
   Signature of Debtor                              Date

X _/s/ Patrick John Brantley          1/18/11
   Signature of Joint Debtor                      Date

_____
Telephone Number (if not represented by attorney)

**Signature of Attorney**

X _/s/ Daniel Moulton          1/18/11
   Signature of Attorney for Debtor(s)        Date
   Daniel M. Moulton    Atty Reg# 6200617        .
   Printed Name of Attorney for Debtor(s)
   Law Offices of Daniel Moulton
   Firm Name
   10249 South Western Avenue, Chicago, IL 60643        .
   Address
   (773) 429-1001        .
   Telephone Number

**Signature of Debtor(Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.


X _____
   Signature of Authorized Individual        Date

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

[ ] Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

[ ] Yes, and Exhibit C is attached and made a part of this petition.

[ ] No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
   Printed Name of Bankruptcy Petition Preparer

_____
   Social Security Number

_____
   Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.


X _____
   Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: <u>Diane Jonson and Patrick Brantley</u>                              Case No. _____

                                                                                    (if known)


## EXHIBIT D- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIRMENT


**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____
_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[] 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

[] Incapacity. (Defined in 11 U.S.C. 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

[] Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

[] Active military duty in a military combat zone.

[] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Diane Yolanda Johnson__

Date: __1/18/11____

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: <u>Diane Jonson and Patrick Brantley</u>                    Case No. _____

                                                                             (if known)

## EXHIBIT D- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIRMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____
_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[] 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*
    [] Incapacity. (Defined in 11 U.S.C. 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    [] Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    [] Active military duty in a military combat zone.

[] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Patrick John Brantley_

Date: __1/18/11_____

UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

**In re** Diane Jonson and Patrick Brantley, **Debtor(s)**

# SUMMARY OF SCHEDULES

**Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the total from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the Debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.**

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $310,000 | | |
| B – Personal Property | Yes | 2 | $53,120 | | |
| C – Property Claimed as Exempt | Yes | 1 | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $321,841.07 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $62,120.00 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $6,672 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $6,613 |
| | | 12 | | | |
| Assets | | | $363,120 | | |
| Liabilities | | | | $383,961.07 | |

**In re** <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence 9346 South Yates Chicago, Illinois 60617 | Fee Simple | | $ 170,000 | $ 175,000 |
| 2412 East 91st Street Chicago, Illinois 60617 | Fee Simple | | $ 140,000 | $ 132,000 |
| Wyndham Time Share Virgin Islands | Paying to own $200/mo | | | |
| | | Total> | **$310,000** | |

(Report also on Summary of Schedules)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $ 120.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | $ 2,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | | | $ 1,000 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Pension | | $30,000 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 RX 300, 110,000 miles<br>2006 GMC Truck | | $3,000<br>$17,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____ continuation sheets attached | Total | **$ 53,120** |

(Include amounts from any continuation sheets attached. Report total also on Summary

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under:**

**(Check one box)**

[  ]  **11 U.S.C. § 522(b)(l): Exemptions provided in 11 U.S.C. § 522(d).** Note: These exemptions are available only in certain states.

[  ]  **11 U.S.C. § 522(b)(2): Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.**

| DESCRIPTION OF PROPERTY | SPECIFIY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence or Homestead | 735 ILCS 5/12-901 | $30,000.00 | $170,000 |
| Necessary wearing apparel, Bible, school books, family pictures, and prescribed health aids of debtor and dependents | 735 ILCS 5/12-1001 (a) (e) | 100% | $1,000 |
| Personal property | 735 ILCS 5/12-1001 (b) | $8,000.00 | $2,120 |
| Gross earnings | 735 ILCS 5/12-803 | 85% | |
| Pension and retirement benefits | 735 ILCS 5/12-1001 (g) (5) | 100% | $30,000 |
| Vehicle | 735 ILCS 5/12-1001 ( c ) | $4,800.00 | $20,000 |
| Workers Compensation Disability | 735 ILCS 5/12-1001 | 100% | Amount unknown |

**In re** <u>Diane Jonson and Patrick Brantley,</u> **Debtor(s)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[X ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0046477809<br><br>Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | | | Auto Loan on GMC truck<br><br>**VALUE $17,000** | | | | $13,658.94 | |
| ACCOUNT NO. 0024743767<br><br>Chase<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | | | Mortgage on 2412 W. 91st St. Chicago<br><br>**VALUE $140,000** | | | | $132,962.46 | |
| ACCOUNT NO. 0601956452<br><br>GMAC Mortgage<br>PO Box 9001719<br>Louisville, KY 40290-1719 | | | Mortgage on 9346 S. Yates Chicago, IL<br><br>**VALUE $170,000** | | | | $ 175,219.67 | |
| ACCOUNT NO.<br><br><br>**VALUE $** | | | | | | | | |

_____ **continuation sheets attached**

| | |
|---|---|
| **Subtotal**<br>**(Total of this page)** | $321,841.07 |
| **Total**<br>**(Use only on last page)** | $321,841.07 |

**(Report total also on Summary of Schedules)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

**[  ] Alimony, Maintenance, or Support**

  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

**[X]  Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

**[  ] Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[  ] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. V00009275017 Michael Reese Hospital c/o Troy Q. Smith & Assoc. PO Box 809304 Chicago, Illinois 60680-9304 | | | | | | | $775.02 |
| ACCOUNT NO.  V00009851288 Michael Reese Hospital c/o Troy Q. Smith & Assoc. PO Box 809304 Chicago, Illinois 60680-9304 | | | | | | | $104.70 |
| ACCOUNT NO.  V00009804444 Michael Reese Hospital c/o Troy Q. Smith & Assoc. PO Box 809304 Chicago, Illinois 60680-9304 | | | | | | | $147.00 |
| ACCOUNT NO.  V00009801952 Michael Reese Hospital c/o Troy Q. Smith & Assoc. PO Box 809304 Chicago, Illinois 60680-9304 | | | | | | | $1,142.30 |
| 25    continuation sheets attached | | | | | | $ | 2,169.02 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  V00009880964 <br><br> Michael Reese Hospital <br> c/o Troy Q. Smith & Assoc. <br> PO Box 809304 <br> Chicago, Illinois 60680-9304 | | | | | | | $100.00 |
| ACCOUNT NO.  V00009553926 <br><br> Michael Reese Hospital <br> c/o Troy Q. Smith & Assoc. <br> PO Box 809304 <br> Chicago, Illinois 60680-9304 | | | | | | | $136.40 |
| ACCOUNT NO.  05463303 <br><br> Community Hospital <br> P.O. Box 3602 <br> Munster, IN 46321 | | | | | | | $ 100.00 |
| ACCOUNT NO. <br><br> Wyndham Vacation Resorts, Inc. <br> PO Box 415960 <br> Boston, MA 02241-5960 | | | | | | | $699.95 |
| | 24 | continuation sheets attached | | | | $ | 1,036.35 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 211647557<br><br>Advocate Trinity Hospital<br>2320 East 93rd Street<br>Chicago, Illinois 60617 | | | | | | | $53.00 |
| ACCOUNT NO. 211633383<br><br>Advocate Trinity Hospital<br>2320 East 93rd Street<br>Chicago, Illinois 60617 | | | | | | | $3,672.00 |
| ACCOUNT NO. 541804811<br><br>Advocate Trinity Hospital<br>2320 East 93rd Street<br>Chicago, Illinois 60617 | | | | | | | $456.85 |
| ACCOUNT NO. CLM-104571<br><br>Consultant in Lab Medicine<br>c/o Physicians Billings Service<br>2800 West 95th Street<br>Evergreen Park, IL 60805-2701 | | | | | | | $35.60 |

23    continuation sheets attached                    $   4,217.45

Total $

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2001020<br><br>Advanced Medical Imaging Center<br>111 North Wabash, Ste. 620<br>Chicago, Illinois 60602 | | | | | | | $76.60 |
| ACCOUNT NO. 57094672067<br><br>Rush Univ. Med Center<br>1700 West Van Buren Street<br>Suite 161 TOB<br>Chicago, IL 60612-3244 | | | | | | | $1,517.98 |
| ACCOUNT NO. 401342<br><br>Rush University Med. Group<br>75 Remittance Drive<br>Suite 1611<br>Chicago, Illinois 60675-1611 | | | | | | | $22.20 |
| ACCOUNT NO. 401342<br><br>Rush Unv. Medical Group c/o<br>Trustmark Recovery Services<br>54 Otis Bowen Drive<br>Munster, IN 46321 | | | | | | | $168.50 |

22    continuation sheets attached

$ 1,785.28

Total $

(Report also on Summary of Schedules)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PB 401342<br><br>Rush University Med. Group<br>75 Remittance Drive<br>Suite 1611<br>Chicago, Illinois 60675-1611 | | | | | | | $82.00 |
| ACCOUNT NO. 401342<br><br>Rush University Med. Group<br>75 Remittance Drive<br>Suite 1611<br>Chicago, Illinois 60675-1611 | | | | | | | $60.70 |
| ACCOUNT NO. R57094672067<br><br>Rush University Med. Group<br>c/o Nationwide Credit & Collection, Inc.<br>815 Commerce Drive<br>Suite 100<br>Oak Brook, IL 60523 | | | | | | | $145.00 |
| ACCOUNT NO. 011002052075<br><br>Rush Univ Med Ctr<br>c/o Nationwide Credit & Collection, Inc.<br>815 Commerce Drive<br>Suite 100<br>Oak Brook, IL 60523 | | | | | | | $335.34 |
| 21        continuation sheets attached | | | | | | $ | 623.01 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re <u>Diane Jonson and Patrick Brantley,</u> **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PB 429820 <br><br> Rush University Med Group & Oak Lawn Radiology Imaging c/o Trustmark Recovery Svcs 541 Otis Bowen Drive Munster, IN 46321 | | | | | | | $478.00 |
| ACCOUNT NO. PB 401342 <br><br> Rush University Med Group 75 Remittance Dr., Dept 1611 Chicago, IL 60675-1611 | | | | | | | $908.00 |
| ACCOUNT NO. PB 401342 <br><br> Rush University Med Group 75 Remittance Dr., Dept 1611 Chicago, IL 60675-1611 | | | | | | | $82.00 |
| ACCOUNT NO. 57094672036 <br><br> Rush University Med. Group c/o Nationwide Credit & Collection, Inc. 815 Commerce Drive Suite 100 Oak Brook, IL 60523 | | | | | | | $708.75 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 20 | continuation sheets attached | | | | | $ | **2,176.75** |
| | | | | | Total | | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7025589 <br><br> Rush Univ Med Ctr <br> c/o Medical Recovery <br> Specialists, Inc. <br> 2250 E. Devon, Ste 352 <br> Des Plaines, IL 60018-4519 | | | | | | | $29.75 |
| ACCOUNT NO. 6979917 <br><br> Rush Univ Med Ctr <br> c/o Medical Recovery <br> Specialists, Inc. <br> 2250 E. Devon, Ste 352 <br> Des Plaines, IL 60018-4519 | | | | | | | $878.90 |
| ACCOUNT NO. 7017608 <br><br> Rush Univ Med Ctr <br> c/o Medical Recovery <br> Specialists, Inc. <br> 2250 E. Devon, Ste 352 <br> Des Plaines, IL 60018-4519 | | | | | | | $565.95 |
| ACCOUNT NO. 7005030 <br><br> Rush Univ Med Ctr <br> c/o Medical Recovery <br> Specialists, Inc. <br> 2250 E. Devon, Ste 352 <br> Des Plaines, IL 60018-4519 | | | | | | | $273.55 |
| 19 continuation sheets attached | | | | | | $ | 1,748.15 |
| | | | | | | Total $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7093598<br><br>Rush Univ Med Ctr<br>c/o Medical Recovery Specialists, Inc.<br>2250 E. Devon, Ste 352<br>Des Plaines, IL 60018-4519 | | | | | | | $100.00 |
| ACCOUNT NO. A22443171<br><br>Rush Univ Med Ctr<br>Absolute Collection Service<br>421 Fayetteville Street<br>Suite 600<br>Raleigh, NC 27601 | | | | | | | $1,072.50 |
| ACCOUNT NO. PB 401342<br><br>Rush University Med Group<br>75 Remittance Dr., Dept 1611<br>Chicago, IL 60675-1611 | | | | | | | $783.05 |
| ACCOUNT NO.<br><br>Rush University Med Group<br>75 Remittance Dr., Dept 1611<br>Chicago, IL 60675-1611 | | | | | | | $10.40 |
| | 18 | continuation sheets attached | | | | $ | 1,965.95 |
| | | | | Total | | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. A22443899<br><br>Rush Univ Med Ctr<br>Absolute Collection Service<br>421 Fayetteville Street<br>Suite 600<br>Raleigh, NC 27601 | | | | | | | $220.13 |
| ACCOUNT NO. 011003002166<br><br>Rush University Med. Group<br>c/o Nationwide Credit &<br>Collection, Inc.<br>815 Commerce Drive<br>Suite 100<br>Oak Brook, IL 60523 | | | | | | | $88.00 |
| ACCOUNT NO. 011002012478<br><br>Rush University Med. Group<br>c/o Nationwide Credit &<br>Collection, Inc.<br>815 Commerce Drive<br>Suite 100<br>Oak Brook, IL 60523 | | | | | | | $100.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-6001<br><br>Wal-Mart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | | | | | | | $585.49 |
| 17 continuation sheets attached | | | | | | $ | 993.62 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.  99213**<br><br>CHIMSI<br>101 West Grand Avenue<br>Suite 200<br>Chicago, Illinois 60610 | | | | | | | $ 222.00 |
| **ACCOUNT NO XXXX-XXXX-XXXX-7982**<br><br>Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | | | | | | | $ 1,109.73 |
| **ACCOUNT NO.  .........................7418**<br><br>Chase Bank, USA, N.A.<br>c/o Creditors Financial Group<br>PO Box 440290<br>Aurora, CO 80044-0290 | | | | | | | $ 937.75 |
| **ACCOUNT NO. 211647557**<br><br>Trinity Hospital<br>c/o Medical Recovery Specialists<br>2250 E. Devon Ave, Ste. 352<br>Des Plaines, IL 60018-4519 | | | | | | | $ 53.00 |
| **16**      **continuation sheets attached** | | | | | | | $       **2,322.48** |
| Total | | | | | | | $ |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 211414511 <br><br> Trinity Hospital <br> c/o Col/Debt Collection Systems <br> 8 South Michigan Ave., Ste 618 <br> Chicago, Illinois 60603 | | | | | | | $ 382.40 |
| ACCOUNT NO 0508110188 <br><br> St. James Hospital <br> 37653 Eagle Way <br> Chicago, IL 60678-0001 | | | | | | | $ 180.00 |
| ACCOUNT NO. 0509019657 <br><br> St. James Hospital <br> 37653 Eagle Way <br> Chicago, IL 60678-0001 | | | | | | | $ 116.97 |
| ACCOUNT NO. 208411777 <br><br> Trinity Hospital <br> c/o Medical Recovery Specialists <br> 2250 E Devon Ave., Ste 352 <br> Des Plains, IL 60018-4519 | | | | | | | $ 252.40 |
| 15 continuation sheets attached | | | | | | | $ 931.77 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 546926262<br><br>Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | | | | | | | $ 1,053.00 |
| ACCOUNT NO 544191307<br><br>Christ Medical Center<br>c/o Med Recovery Specialist<br>2250 E. Devon Ave, Ste 352<br>Des Plaines, IL 60018-4519 | | | | | | | $ 962.00 |
| ACCOUNT NO. 543876171<br><br>Christ Hospital & Med Center<br>P.O. Box 70508<br>Chicago, Illinois 60673-0001 | | | | | | | $ 100.00 |
| ACCOUNT NO. 544191307<br><br>Advocate Christ Med Center<br>4440 West 95th Street<br>Oak Lawn, Il 60453 | | | | | | | $ 962.00 |
| | 14 | | continuation sheets attached | | | $ | 3,077.00 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

**In re** <u>Diane Jonson and Patrick Brantley</u>**, Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 543876171<br><br>Advocate Christ Med Center<br>4440 West 95th Street<br>Oak Lawn, Il 60453 | | | | | | | $ 100.00 |
| ACCOUNT NO 541902607<br><br>Christ Medical Center<br>c/o Medical Recovery<br>Specialists, Inc.<br>2250 E. Devon Ave, Ste. 352<br>Des Plaines, IL 60018-4519 | | | | | | | $ 195.20 |
| ACCOUNT NO. 541804811<br><br>Christ Medical Center<br>c/o Medical Recovery<br>Specialists, Inc.<br>2250 E. Devon Ave, Ste. 352<br>Des Plaines, IL 60018-4519 | | | | | | | $ 350.00 |
| ACCOUNT NO. 1000610643<br><br>Christ Medical Group<br>701 Lee Street.<br>Des Plaines, IL 60016 | | | | | | | $ 79.00 |
| | 13 | continuation sheets attached | | | | $ | 724.20 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R000474736-0 | | | | | | | $ 250.00 |
| ACL Laboratories P.O. Box 27901 West Allis, WI 53227-0901 | | | | | | | |
| ACCOUNT NO R000474736 | | | | | | | $ 3.60 |
| ACL Laboratories P.O. Box 27901 West Allis, WI 53227-0901 | | | | | | | |
| ACCOUNT NO.  XXXX-XXXX-XXXX-7484 | | | | | | | $ 86.08 |
| Fashion Bug PO Box 659728 San Antonio, TX 78265-9728 | | | | | | | |
| ACCOUNT NO.  ..........................6264 | | | | | | | $ 275.60 |
| WOW PO Box 5715 Carol Stream, IL 60197-5715 | | | | | | | |
| | 12 | | continuation sheets attached | | | $ | 615.28 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

**In re** <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09-272747<br><br>Superior Air Ground Amb Serv<br>PO Box 1407<br>Elmhurst, IL 60126 | | | | | | | $ 1,035.59 |
| ACCOUNT NO 1034986<br><br>Superior Air Ground Amb Serv<br>c/o Medical Recovery<br>Specialists, Inc.<br>2250 E. Devon Ave, Ste. 352<br>Des Plaines, IL 60018-4519 | | | | | | | $ 86.34 |
| ACCOUNT NO. 3206770<br><br>Michael Reese Hospital<br>c/o Capio Partners<br>2222 Texoma Pkwy, Ste. 150<br>Sherman, TX 75090 | | | | | | | $ 1,497.97 |
| ACCOUNT NO. 3221698<br><br>Michael Reese Hospital<br>c/o Capio Partners<br>2222 Texoma Pkwy, Ste. 150<br>Sherman, TX 75090 | | | | | | | $ 1,142.30 |
| 11     continuation sheets attached | | | | | | $ | 3,762.20 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. G 1021908<br><br>Richard A. Levy, M.D., Ltd<br>4647 West Lincoln Highway<br>Lower Level<br>Matteson, IL 60443 | | | | | | | $ 20.10 |
| ACCOUNT NO ......................5623<br><br>Quest Diagnostics<br>c/o Credit Collection Services<br>Two Wells Avenue, Dept. 587<br>Newton, MA 02459 | | | | | | | $ 71.00 |
| ACCOUNT NO. 6355193333<br><br>Quest Diagnostics<br>PO Box 809403<br>Chicago, Il 60680-9403 | | | | | | | $ 6.99 |
| ACCOUNT NO. ......................2001<br><br>Northwestern Memorial Hospital<br>c/o Harris & Harris, Ltd<br>222 Merchandise Mart Plaza,<br>Suite 1900<br>Chicago, Il 60654 | | | | | | | $ 100.00 |
| 10 continuation sheets attached | | | | | | $ | 198.09 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

**In re** Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ...............-001 Northwestern Memorial Hospital PO Box 73690 Chicago, Il 60673 | | | | | | | $ 438.00 |
| ACCOUNT NO V00023693372 Little Company of Mary Hospital 2800 West 95th Street Evergreen Park, Il 60805 | | | | | | | $ 8,021.51 |
| ACCOUNT NO.  V00022395742 Little Company of Mary Hospital c/o Malcolm S. Gerald & Assoc 332 South Michigan Ave Suite 600 Chicago, Il 60604 | | | | | | | $ 799.36 |
| ACCOUNT NO.  B09080188:1 Trace Ambulance Svc., Inc. c/o Malcolm S. Gerald & Assoc 332 South Michigan Avenue Suite 600 Chicago, Illinois 60604 | | | | | | | $ 670.00 |
| 9 continuation sheets attached | | | | | | $ | $9,928.87 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. XXX-XX-0000**<br><br>Medical Express Ambulance Serv<br>5650 West Howard Street<br>Skokie, IL 60077 | | | | | | | $ 785.00 |
| **ACCOUNT NO 3732425**<br><br>City of Chicago EMS<br>33589 Treasury Center<br>Chicago, IL 60694-3500 | | | | | | | $ 814.00 |
| **ACCOUNT NO. 3966222**<br><br>City of Chicago EMS<br>33589 Treasury Center<br>Chicago, IL 60694-3500 | | | | | | | $ 678.00 |
| **ACCOUNT NO. 1554149**<br><br>City of Chicago EMS<br>33589 Treasury Center<br>Chicago, IL 60694-3500 | | | | | | | $ 449.00 |
| | 8 | continuation sheets attached | | | | $ | **$2,726.00** |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXXXXXXXXX3630 Trace Ambulance Inc. 8076 Solutions Center Chicago, Il 60677-8000 | | | | | | | $ 670.00 |
| ACCOUNT NO 53344341 Caremark, Inc. c/o NCO Financial Systems, Inc. P.O. Box 15270 Wilmington, DE 19850 | | | | | | | $ 120.00 |
| ACCOUNT NO. Discover PO Box 6103 Carol Stream, IL 60197 | | | | | | | $ 1,973.72 |
| ACCOUNT NO.  5810542200900 Rush University Med Ctr c/o Medical Recovery Specialist 2250 E. Devon Ave, Ste. 352 Des Plaines, IL 60018-4519 | | | | | | | $ 983.93 |
| 7        continuation sheets attached | | | | | | $ | 3,747.65 |
| | | | | | | Total $ | |

(Report also on Summary of Schedules)

In re <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 401342<br><br>Rush University Med Center<br>1700 West Van Buren Street<br>Suite 161 TOB<br>Chicago, Il 60612-3244 | | | | | | | $ 1,935.95 |
| ACCOUNT NO 57094672071<br><br>Rush University Med Center<br>c/o Computer Credit, Inc.<br>Claim Dept. 009500<br>640 West Fourth Street<br>PO Box 5238<br>Winston-Salem, NC  27113 | | | | | | | $ 139.89 |
| ACCOUNT NO.  57094672067<br><br>Rush University Med Center<br>c/o Computer Credit, Inc.<br>Claim Dept. 009500<br>640 West Fourth Street<br>PO Box 5238<br>Winston-Salem, NC  27113 | | | | | | | $ 145.72 |
| ACCOUNT NO.  1161677<br><br>Timothy C. Hain, MD<br>D/B/A Chicago Dizzine<br>Department 5983<br>Carol Stream, IL 60122 | | | | | | | $260.00 |
| 6    continuation sheets attached | | | | | | $ | 2,481.56 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000610643 <br><br> Advocate Medical Group <br> 701 Lee Street <br> Des Plaines, IL 60016 | | | | | | | $ 64.70 |
| ACCOUNT NO <br><br> U.S. Department of the Treasury <br> Debt Management Services <br> P.O. Box 830794 <br> Birmingham, AL 35283 | | | | | | | $3,000.00 |
| ACCOUNT NO. J000102166 <br><br> Chicago Imaging Ltd <br> c/o Medical Business Bureau, LLC <br> PO Box 1219 <br> Park Ridge, IL 60068-7219 | | | | | | | $ 1,080.00 |
| ACCOUNT NO. 67130053-0312173 <br><br> CitiFinancial <br> P.O. Box 183172 <br> Columbus, OH 43218-3172 | | | | | | | $ 7,093.19 |
| 5      continuation sheets attached | | | | | | | $   **11.237.89** |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Drs. Dudley, Robinson & James <br> Avalon Dental Clinic <br> 1500 East 87th Street <br> Chicago, IL 60619 | | | | | | | $ 22.00 |
| ACCOUNT NO 280354136-0001 <br><br> Verizon Wireless <br> P.O. Box 25505 <br> Lehigh Valley, PA 18002-5505 | | | | | | | $ 286.88 |
| ACCOUNT NO.  33207 <br><br> Medical Express Ambulance Service <br> 5650 West Howard Street <br> Skokie, IL 60077 | | | | | | | $ 785.00 |
| ACCOUNT NO.  011-01-04025137 <br><br> Blue Island Radiology Consults <br> 3300 West 127th Street -2nd Fl <br> Blue Island, IL 60406 | | | | | | | $70.00 |
| | 4 | continuation sheets attached | | | | $ | 1,163.88 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 0509019657-FOF**<br><br>Sisters of St. Francis Health System<br>c/o RCS<br>PO Box 7229<br>Westchester, IL 60154 | | | | | | | $ 116.97 |
| **ACCOUNT NO 0019040482**<br><br>Sprint PCS<br>c/o AFNI<br>PO Box 3427<br>Bloomington, IL 61702-3427 | | | | | | | $ 127.54 |
| **ACCOUNT NO. 11604-18257**<br><br>Katerji Pediatric Neurology & A<br>900 Jorie Blvd, Ste 220<br>Oak Brook, IL 60523 | | | | | | | $ 420.00 |
| **ACCOUNT NO. VOT211713045**<br><br>Windy City Emerg Physicians<br>PO Box 7209<br>Philadelphia, PA 19101-7209 | | | | | | | $ 22.80 |
| | 3 | continuation sheets attached | | | | $ | 687.31 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re <u>Diane Jonson and Patrick Brantley</u>, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  VOT211647557 <br><br> Windy City Emergency Phys <br> PO Box 7209 <br> Philadelphia, PA 19101-7209 | | | | | | | $ 15.30 |
| ACCOUNT NO 526761 <br><br> University of Chicago <br> c/o M3 Financial Svcs, Inc. <br> PO Box 7230 <br> Westchester, IL 60154 | | | | | | | $ 247.00 |
| ACCOUNT NO.  3-694525 <br><br> The University of Chicago Physicians Group <br> 75 Remittance Drive, Ste. 1385 <br> Chicago, IL 60675-1385 | | | | | | | $ 22.96 |
| ACCOUNT NO.  0296888965 <br><br> University Pathologist, P.C. <br> 5620 Southwyck Blvd <br> Toledo, OH 43614 | | | | | | | $ 2.25 |
| 2      continuation sheets attached | | | | | | $ | 287.51 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO<br><br>Little Company of Mary Hospital<br>c/o Physicians Billing Service<br>2800 West 95th Street<br>Evergreen Park, IL 60805-2701 | | | | | | | $ 35.60 |
| ACCOUNT NO.  AFF70947<br><br>Affiliated Radiologists, S.C.<br>c/o Merchants' Credit Guide Co.<br>Executive Offices<br>223 W. Jackson Blvd, #400<br>Chicago, IL 60606 | | | | | | | $ 167.50 |
| ACCOUNT NO.  BIG-PT00000258<br><br>Bariatric Institute of Greater Chicago<br>PO Box 84<br>Hinsdale, IL 60522-0084 | | | | | | | $ 79.00 |
| 1      continuation sheets attached | | | | | | $ | 282.10 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>**INCLUDING ZIP CODE,**<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. XXXX-XXXXXXX-001**<br><br>Radiological Physicians, Ltd<br>PO Box 2150<br>Bedford Park, IL 60499-2150 | | | | | | | $ 340.00 |
| **ACCOUNT NO 72547165704**<br><br>Oak Lawn Radiology Imaginig<br>Consultants 2<br>37241 Eagle Way<br>Chicago, IL 60678-1372 | | | | | | | $ 36.00 |
| **ACCOUNT NO. 104571**<br><br>Consultants in Laboratory<br>c/o M.H. Cohon<br>P.O. Box 636<br>Morton Grove, IL 60053 | | | | | | | $ 35.60 |
| **ACCOUNT NO. 1643**<br><br>Midwest Pediatric Critical Care<br>Assoc<br>39811 Treasury Ctr<br>Chicago, IL 60694-9800 | | | | | | | $ 820.00 |

|  | **0**  continuation sheets attached | **$** | **1,231.60** |
|---|---|---|---|
|  | Total | **$** | **62,120.97** |

(Report also on Summary of Schedules)

**In re** Diane Jonson and Patrick Brantley, **Debtor(s)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.**

NOTE: **A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

**[X]  Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

[X]  Check this box if debtor has no Codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |
| | Daughter | 13 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Human Services Worker | Disabled on Workers Comp |
| Name of Employer | City of Chicago | |
| How long employed | 6 years | |
| Address of Employer | 121 North LaSalle, Chicago, IL 60602 | |
| | | |

| Income: (Estimate of average monthly income) | Debtor | Spouse |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,500 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | **$ 2,944** | **$** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify:_____) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,944 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $750 | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify) _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) __disability_____ | $ | $2,978 |
| **TOTAL MONTHLY INCOME** | **$ 3,694** | **$** |

**TOTAL COMBINED MONTHLY INCOME**     **$ 6,672**

(Report also on Summary of Schedules)

Describe any increase or decrease on more than 10% in any of the above categories anticipated to occur within the year following The filing of this document:

In re Diane Jonson and Patrick Brantley, Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

[  ] **Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled Spouse."**

Rent or home mortgage payment (include lot rented for mobile home)

**9346 South Yates**
**Chicago, IL 60617**                                                               $1,211
Are real estate taxes included?          Yes _X_      No ___
Is property insurance included?          Yes _X_      No ___

**2412 East 91st Street**                                                           $1,490
**Chicago, Illinois 60617**
Are real estate taxes included?          Yes ___      No _X_
Is property insurance included?          Yes ___      No_X_

Utilities  Electricity and heating fuel                                             $500.00
    Water and sewer                                             $100.00
    Telephone                                                   $208.00
    Other _____                       $

Home maintenance (repairs and upkeep)                                              $150.00

Food                                                                               $600.00

Clothing                                                                           $150.00

Laundry and dry cleaning                                                           $50.00

Child care                                                                         $

Medical and dental expenses Daughter suffers from depression and chronic asthma, Diane had intestinal surgery and diabetes and
hypertension, Patrick has diabetes and arthritis in back                           $300.00

Transportation (not including car payments)                                        $450.00

Auto Maintenance                                                                   $50.00

Recreation, clubs and entertainment, newspapers, magazines, etc.                   $100.00

Charitable contributions                                                           $290.00

Insurance (not deducted from wages or included in home mortgage payments)
    Homeowner's or renter's                                     $126.00
    Life                                                        $94.00
    Health                                                      $
    **Auto**                                                    $ 200.00
    Other _____                       $

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _real estate_                                                            $ 150.00

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto                                                        $394
    Other _____                       $

Alimony, maintenance, and support paid to others                                   $

Payments for support of additional dependents not living at your home              $

Regular expenses from operation of business, profession, or farm (attach detailed statement)  $

Other _____                                              $

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**                    $6,613

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**In re** Diane Jonson and Patrick Brantley, **Debtor(s)**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>22</u> sheets, and that they are true and correct to the best of my knowledge , information, and belief.

Date:_1/19/11_____

Signature __/s/ Diane Yolanda Johnson_____
(Debtor)

Signature __/s/ Patrick John Brantley_____
(Joint Debtor, if any)

Penalty for making a false statement or concealing property:
Fine of up to $500,000.00 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**In re:** <u>Diane Jonson and Patrick Brantley</u>**, Debtor(s)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor mush furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 – 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 – 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attached a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business*.*"*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. ss 101.

---

**1. Income from employment or operation of business**

[ ] **None**    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE (if more than one)
2010: $ 35,000       2009:$ 57,000        2008: $ 85,000

---

**2. Income other than from employment or operation of business**

[X] **None**    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of  this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE (if more than one)
2010: $                        2009: $                        2008: $

**3. Payments to creditors**

[  ] None     a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | 11/1,12/1,1/1/11 | | |
| Chase<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | | | |
| GMAC Mortgage<br>PO Box 9001719 | | | |

[ X ] None     b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are  or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

[ X ] None     a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIONTION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Complaint<br>vs.<br>City of Chicago** | **Worker's Compensation** | **Circuit Court<br>of Cook Co. IL** | **pending** |

[ X ] None     b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

[ X ] None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or

both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESS, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships

**[X ] None**

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

**[ X ] None**

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

**[ X ] None**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses

**[ X ] None**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**:. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.))

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

### 9. Payments related to debt counseling or bankruptcy

**[ ] None**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Daniel M. Moulton** **10249 S. Western Avenue** **Chicago, Illinois 60643** | | **$ 900.00** |

**10. Other transfers**

[X ] None

List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED<br>AND VALUE RECEIVED |
| --- | --- | --- |

**11.  Closed financial accounts**

[ X ] None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE AND NUMBER<br>OF ACCOUNT AND<br>AMOUNT OF FINAL BALANCE | AMOUNT PAID<br>DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

[X  ] None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF TRANSFER<br>OR SURRENDER,<br>IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

[ ] None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT OF<br>SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

[ X] None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND VALUE<br>OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

[X] None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises  which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

**[X] None**

If the debtor resides or resided in a community property state, commonwealth, or territory, (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six year period** immediately preceding the commencement of the case,  identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17.  Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous of toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waster, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**[X] None**

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVRIONMENTAL LAW |
|---|---|---|---|

**[X] None**

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**[X] None**

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18.  Nature, location and name of business

**[X] None**

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **sex years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of

the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

**[X] None**   b.  Identify any business listed in response to subdivision a., above that is "single asset real estate" as defined in 11 U.S.C. ss 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has bee, within the **six years** immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partner ship; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**[X] None**   a**.**  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

**[X] None**   b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

**[X] None**   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

**[X] None**   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20.  Inventories

**[X] None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

**[X] None**   b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

### 21.  Current Partners, Officers, Directors and Shareholders

**[X] None**   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

**[X] None**   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

**[X] None**   a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

**[X] None**   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals

**[X] None**   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

**[X] None**   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### 25. Pension Funds

**[X] None**   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER INDENTIFICATION NUMBER |
|---|---|

* * * * * *

# United States Bankruptcy Court

### Northern District of Illinois

**In re** <u>Diane Jonson and Patrick Brantley</u>, **Debtor**

Case No._____

Chapter____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   900 _____

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . $   900 _____

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   0 _____

2.  The source of the compensation paid to me was:

        [X] Debtor                [  ] Other (specify)

3.  The source of compensation to be paid to me is:

        [X] Debtor                [  ] Other (specify)

4.  [  ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [  ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    *d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;*

    *e.  [Other provisions as needed]*

*6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:*

---

*CERTIFICATION*

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__1/19/11__               */s/ Daniel M. Moulton*
   *Date*                            *Signature of Attorney*

B 201 (4/09/06)

===============================================================

UNITED STATE BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER 342(b)
## OF THE BANKRUPTCY CODE

In accordance with 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors who debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under 707(b) of the Code. If is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans, debts incurred to pay non-dischargeable taxes, domestic support and property settlement obligations, most fines, penalties, forfeitures, and criminal restitution obligations, certain debts which are not properly listed in your bankruptcy papers, and debts for death or personal injury caused by operating motor vehicles, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, for from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All of Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations, most student loans, certain taxes, most criminal fines and restitution obligations, certain debts which are not properly listed in your bankruptcy papers, certain debts for acts that caused death or personal injury, and certain long term secured obligations.

**Chapter 11:** **Reorganization $1,000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be with an attorney.

**Chapter 12:** **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting use to those whose income arises primarily from a family-owned farm or commercial fishing operation.


**3.** **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (if bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.) (Required
by 11 U.S.C. 110)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X _/s/ Diane Yolanda Johnson   1/19/11
Signature of Debtor             Date

X _/s/ Patrick John Brantley 1/19/11
Signature of Joint Debtor (if any) Date